Case 4:19-cv-01605   Document 8   Filed on 06/11/19 in TXSD   Page 1 of 3
Case 4:19-cv-01605   Document 7-1   Filed on 06/10/19 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas

**ENTERED**
June 12, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JULIE A. JOHNSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:19-cv-1605 |
| | § | |
| THE ENSIGN GROUP, INC., | § | JURY |
| QUEENSTON HEALTHCARE, INC. d/b/a | § | |
| LEGEND OAKS HEALTHCARE AND | § | |
| REHABILITATION – WEST HOUSTON, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED
## MOTION TO ABATE PROCEEDINGS PENDING ARBITRATION

Before the Court is Defendants' Unopposed Motion to Abate Proceedings Pending Arbitration. The Court, having been informed Plaintiff does not oppose submitting all of Plaintiff's claims against Defendants to binding arbitration and abating all proceedings in this case pending complete resolution of all claims through binding arbitration, finds the motion should be granted. It is, therefore,

**ORDERED** all of Plaintiff's claims against Defendants are abated pending the resolution of binding arbitration with the American Arbitration Association, pursuant to the AAA Employment Arbitration Rules.

Signed this **11** day of **June**, 2019.

_____
UNITED STATES DISTRICT JUDGE

**UNOPPOSED:**

**THE VERDE LAW FIRM, PLLC**

*/s/ Joshua A. Verde (with consent)*
Joshua A. Verde
Attorney-in-Charge
Texas Bar No. 24077590
S.D. Bar No. 1760723
josh@verde-law.com
4600 Highway 6, Suite 320
Houston, Texas 77084
(713) 909-4347 Telephone
(713) 588-2431 Facsimile

**COUNSEL FOR PLAINTIFF**

**AGREED:**

**BELL NUNNALLY & MARTIN LLP**

*/s/ Brent D. Hockaday*
Tammy S. Wood
Attorney-in-Charge
Texas Bar No. 00788713
S.D. Bar No. 33787
twood@bellnunnally.com
Jay M. Wallace
Of Counsel
Texas Bar No. 20769200
S.D. Bar No. 20030
jwallace@bellnunnally.com
Brent D. Hockaday
Of Counsel
Texas Bar No. 24071295
S.D. Bar No. 2034739
bhockaday@bellnunnally.com
2323 Ross Avenue, Suite 1900
Dallas, Texas 75201
(214) 740-1400 Telephone
(214) 740-1499 Facsimile

**COUNSEL FOR DEFENDANT**