United States District Court
Southern District of Texas
**ENTERED**
June 13, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Julie A. Johnson, | § | |
| | § | |
| Plaintiff, | § | |
| V | § | CIVIL ACTION: H-19-1605 |
| | § | |
| The Ensign Group, Inc., et al, | § | |
| Defendant | § | |

**O R D E R**

IT IS HEREBY

ORDERED that the above captioned case is ABATED and administratively closed. The parties are granted leave to move to reinstate the case on the Court's active docket at such time in the future as the parties deem appropriate.

SIGNED at Houston, Texas, on this the ___12___ day of June, 2019.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE